# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOSEPH MATTHIAS KERR,<br><br>　　Defendant. | NOS.  CR-05-2092-RHW<br>　　　　CR-05-2145-RHW<br><br>**ORDER STRIKING DEFENDANT'S *PRO SE* FILINGS** |

　　Defendant has filed a number of *pro se* filings. Edwin Alden was appointed to represent Defendant on December 30, 2005, and he filed his Notice of Appearance on January 3, 2006. Once an attorney has appeared in a case, the party is prohibited from acting *pro se* in the cause. *See* LR 83.2(d). Defendant should consult with his counsel of record to determine whether a particular motion should be refiled by his counsel.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. The Court **STRIKES** the following *pro se* motions:

　　a. Motion for Release from Custody (CR-05-2092-RHW [Ct. Rec. 110]) (CR-05-2145 [Ct. Rec. 15]);

　　b. Motion for Release from Custody (CR-05-2092-RHW [Ct. Rec. 124]) (CR-05-2145 [Ct. Rec. 20]);

　　c. Motion for 28 U.S.C. ss 2255 Summary Judgment Motion for Case Dismissal (CR-05-2092-RHW [Ct. Rec. ___]) (CR-05-2145-RHW [Ct. Rec. __]).

///

///

**ORDER STRIKING DEFENDANT'S *PRO SE* FILINGS ~ 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and Defendant.

**DATED** this 13th day of January, 2006.

<u>s/Robert H. Whaley</u><br>
ROBERT H. WHALEY<br>
Chief United States District Judge

Q:\CRIMINAL\2005\Kerr\strike.wpd

**ORDER STRIKING DEFENDANT'S *PRO SE* FILINGS ~ 2**